# COURT MINUTES

## U.S. MAGISTRATE JUDGE BARRY S. SELTZER - 1    LAUDERDALE

DEFT: Manuel Fernando Revello (J)#    CASE NO: 00-4085-BSS

AUSA: Robin Rosenbaum *present*    ATTNY: _____

AGENT: DEA    VIOL: PWID heroin

PROCEEDING: Initial Appearance    BOND REC: _____

BOND HEARING HELD - yes/no    COUNSEL APPOINTED: _____

____ BOND SET @ _____

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ____ x's a week/month by phone; ____ x's a week/month in person.
5) Random urine testing by Pretrial Services. ____ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ____ Halfway House
    ____ Electronic Monitoring

FILED by ___ D.C.
APR 20 2000
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

d - advised of charges

Spanish

d - will try to hire an atty.

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
|---|---|---|---|
| (INQUIRY RE COUNSEL:) | 4-25-00 | 11:00 | Snow |
| PTD/BOND HEARING: | 4-27-00 | 10:30 | Snow |
| PRELIM/ARRAIGN. or REMOVAL: | 4-28-00 | 11:00am | Snow |
| STATUS CONFERENCE: | | | |

DATE: 4-20-00    TIME: 11:00am    TAPE # 00-030    PG # 8

3016 - 3500