UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal # 55277-004

UNITED STATES OF AMERICA )
            Plaintiff     )  Case Number: CR 00-4085-BSS
                          )  REPORT COMMENCING CRIMINAL
       -vs-               )         ACTION
                          )
MANUEL F. REVELO          )
            Defendant

*******************************************************
TO: Clerk's Office    MIAMI   (FT. LAUDERDALE)   W. PALM BEACH
    U.S. District Court              (circle one)

FILED by N D.C.
APR 25 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE
*******************************************************

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: 4-19-00 ___ am/pm

(2) Language Spoken: SPANISH

(3) Offense(s) Charged: PWID HEROIN

(4) U.S. Citizen [ ] Yes [X] No [ ] Unknown

(5) Date of Birth: 7-15-68

(6) Type of Charging Document: (check one)
    [ ] Indictment  [ ] Complaint  To be filed/Already filed
    Case# _____

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: _____

    COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ]YES [ ]NO

Amount of Bond: $_____
Who set Bond: _____

(7) Remarks: _____

(8) Date: _____  (9) Arresting Officer: _____

(10) Agency: DEA              (11) Phone: _____

(12) Comments: _____