COURT MINUTES

U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: MANUEL FERNANDO REVELLO (J)   CASE NO: 00-4085-BSS
AUSA: ROBIN ROSENBAUM /Mitrani   ATTY: _____
AGENT: _____   VIOL: _____
PROCEEDING INQUIRY RE COUNSEL   RECOMMENDED BOND PTD
BOND HEARING HELD - yes/no   COUNSEL APPOINTED Barry Shevlin
____ BOND SET @ ____   #001397- /FLS

____ SPECIAL CONDITIONS:

1) To be cosigned by: _____
2) Rpt to PTS ____ x's a wk/month by phone; ____ x's a wk/month in person
3) Travel extended to: _____

Sworn for appointment of counsel

CJA Counsel to be appt'd

(Circle One)
Interpreter Request ✓
No Interpreter
Not Known
Spanish
(Specify Language)

NEXT COURT APPEARANCE:   INQUIRY RE COUNSEL: _____
                         PTD/BOND HRG:   4-27   10:30   Snow
                         PRELIM/ARRAIGN: 4-28   11      Snow
                         REMOVAL HRG: _____
                         STATUS CONF: _____

Date: 4-25-00   Time: 11:00   FTL/LSS TAPE #00- 021   Begin: 490   End: 748

Filed by ___ D.C. APR 25 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA FT. LAUD.

