COURT MINUTES

U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: MANUEL F. REVELLO (J)   CASE NO: 00-4085-BSS
AUSA: ROBIN ROSENBAUM   ATTY: Barry Shevlin
AGENT: DEA Dean Wolpert   VIOL:
PROCEEDING PTD HEARING   RECOMMENDED BOND PTD
BOND HEARING HELD - yes/no   COUNSEL APPOINTED
    BOND SET @
    SPECIAL CONDITIONS:
1) To be cosigned by:
2) Rpt to PTS   x's a wk/month by phone;   x's a wk/month in person
3) Travel extended to:

Hrt proceeded by proffer -
S/A Wolpert sworn for cross

PTD ordered
danger + risk of flight.

FILED by _ D.C.
APR 27 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

NEXT COURT APPEARANCE:   INQUIRY RE COUNSEL:
    PTD/BOND HRG:
    PRELIM/ARRAIGN:
    REMOVAL HRG:
    STATUS CONF:

Date: 4/27/00   Time 10:30 AM   FTL/LSS TAPE #00- 021   Begin: 2867   End: 526
    and 022