UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. **00-6106 CR-FERGUSON**

21 U.S.C. §841(a)(1)
18 U.S.C. §2

MAGISTRATE JUDGE
SNOW

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| CARLOS REVELO and | ) |
| MANUEL REVELO, | ) |
| | ) |
| Defendants. | ) |
| | ) |



## INDICTMENT

The Grand Jury charges that:

## COUNT I

On or about April 19, 2000, at Broward County, in the Southern District of Florida, the

defendants,

**CARLOS REVELO and
MANUEL REVELO,**

did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance,

that is, a mixture and substance containing a detectable amount of heroin; in violation of Title 21,

United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

A TRUE BILL

_____
FOREPERSON

_____
THOMAS E. SCOTT
UNITED STATES ATTORNEY

_____
ROBIN S. ROSENBAUM
ASSISTANT UNITED STATES ATTORNEY

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. _____ |
| v. | **CERTIFICATE OF TRIAL ATTORNEY\*** |
| CARLOS & MANUEL REVELO | Superseding Case Information: |

**Court Division**: (Select One)

New Defendant(s) _____ Yes _____ No
Number of New Defendants _____
Total number of counts _____

_____ Miami   _____ Key West

__X__ FTL   _____ WPB   _____ FTP

I do hereby certify that:

1.   I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.   I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.   Interpreter:   (Yes or No)   __Yes_____
     List language and/or dialect   __Spanish_____

4.   This case will take   __3___ days for the parties to try.

5.   Please check appropriate category and type of offense listed below:
     (Check only one)                                        (Check only one)

| | | | | | |
|---|---|---|---|---|---|
| I | 0 to 5 days | __X__ | Petty | | _____ |
| II | 6 to 10 days | _____ | Minor | | _____ |
| III | 11 to 20 days | _____ | Misdem. | | _____ |
| IV | 21 to 60 days | _____ | Felony | | __X__ |
| V | 61 days and over | _____ | | | |

6.   Has this case been previously filed in this District Court?  (Yes or No)   __No__
If yes:
Judge: _____   Case No. _____
(Attach copy of dispositive order)

Has a complaint been filed in this matter?   (Yes or No)   __Yes_____
If yes:
Magistrate Case No.   __00-4085-SELTZER_____
Related Miscellaneous numbers: _____
Defendant(s) in federal custody as of   __4-19-00_____
Defendant(s) in state custody as of   _____
Rule 20 from the _____   District of _____

Is this a potential death penalty case? (Yes or No) _____No_____

7.   Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes
__X__ No    If yes, was it pending in the Central Region? __ . Yes __ No

_____
ROBIN S. ROSENBAUM
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 908223

\*Penalty Sheet(s) attached                                        REV.4/7/99

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**PENALTY SHEET**

**Defendant Name:** __Carlos Revelo__   **Case No.:** _____

========================    ===========================================

Count #I: Possession with intent to distribute heroin, in violation of 21:841(a)(1)

_____

_____

**Max. Penalty:**   Minimum mandatory imprisonment of 5 years; maximum of 40 years' imprisonment; $2,000,000 fine

=======================================================================

Count #

_____

_____

**Max. Penalty:** _____

Count #

 **Max. Penalty**: _____

========================================================================

Count #:

_____

_____

**Max. Penalty:**
========================================================================

Count #:

_____

_____

**Max. Penalty:**
========================================================================

========================================================================

*Refers only to possible term of incarceration, does not  include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**PENALTY SHEET**

**Defendant Name:** __Manuel Revelo__   **Case No.:** _____

=============================    ============================================

Count #I: Possession with intent to distribute heroin, in violation of 21:841(a)(1)

_____

_____

**Max. Penalty:**   Minimum mandatory imprisonment of 5 years; maximum of 40 years' imprisonment; $2,000,000 fine

==============================================================================
Count #

_____

_____

**Max. Penalty:** _____
Count #

**Max. Penalty:** _____

==============================================================================

Count #:

_____

_____

**Max. Penalty:**
==============================================================================

Count #:

_____

_____

**Max. Penalty:**
==============================================================================

==============================================================================

*Refers only to possible term of incarceration, does not  include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.