COURT MINUTES

U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: MANUEL REVELLO (J)   CASE NO: 6106-CR-WDF ~~00-4085-BSS~~

AUSA: ROBIN ROSENBAUM /Mitrani   ATTY: Barry Shevlin

AGENT: ___   VIOL: ___

PROCEEDING ~~PRELIM~~/ARRAIGNMENT   RECOMMENDED BOND ___

BOND HEARING HELD - yes/no   COUNSEL APPOINTED

[FILED by O.C. APR 2[8] 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.]

___ BOND SET @ ___

___ SPECIAL CONDITIONS:

1) To be cosigned by: ___
2) Rpt to PTS ___ x's a wk/month by phone;   x's a wk/month in person
3) Travel extended to: ___

NEXT COURT APPEARANCE:   INQUIRY RE COUNSEL: ___

PTD/BOND HRG: ___

PRELIM/ARRAIGN: ___

REMOVAL HRG: ___

STATUS CONF: 5-15   11   BSS

Date: 4-28-00   Time 11:00   FTL/LSS TAPE #00- 022   Begin: 1788   End: 1890