| | | | |
|---|---|---|---|
| DEFT: | Manuel Revello (no deft) | CASE NO: | 00-6106-CR-Ferguson |
| AUSA: | Robin Rosenbaum | ATTNY: | Barry Shevlin |
| AGENT: | | VIOL: | |
| PROCEEDING: | Status Conference | BOND REC: | |

BOND HEARING HELD - yes/no    COUNSEL APPOINTED: _____

___ BOND SET @ _____

FILED by _____ D.C.
MAY 15 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House
    ___ Electronic Monitoring

Discovery turned over
in Court
3 days to try
no motions pending
Govt ready

NEXT COURT APPEARANCE: ___   DATE: ___   TIME: ___   JUDGE: ___
INQUIRY RE COUNSEL: _____
PTD/BOND HEARING: _____
PRELIM/ARRAIGN. OR REMOVAL: _____
STATUS CONFERENCE: _____

DATE: 5-15-00    TIME: 11:00am    TAPE # 00-038  PG # 5
3610 - 3659