UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6106-CR-FERGUSON

UNITED STATES OF AMERICA,

VS.

MANUEL REVELLO,

Defendant.
_____/

## STATUS REPORT

A status conference was held in this cause on May 15, 2000. At that conference, the parties informed the Court as follows:

1. The Government tendered its discovery materials to the defense in open court. Accordingly, no motions are currently pending. The Government is ready to proceed and anticipates that this matter will require three days to try.

2. Defense counsel confirmed that he today received the Government's discovery materials in open court.

DATED at Fort Lauderdale, Florida this 17th day of May 2000.

BARRY S. SELTZER
United States Magistrate Judge

Copies to:

1

Copies to:

Honorable Wilkie D. Ferguson, Jr.
United States District Judge

Robin Rosenbaum, Esquire
Assistant United States Attorney

Barry Shevlin, Esquire
1111 Kane Concourse, Suite 605
Bay Harbor Island, Florida 33154-2044
Attorney for Defendant