UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,         CASE NO.: 00-6106-CR-FERGUSON
       Plaintiff,

v.

MANUEL REVELO,

       Defendant.
_____/

## NOTICE OF UNAVAILABILITY

Please be advised that the undersigned counsel will be out of the office on a prepaid vacation from Friday, August 25, 2000 through and including Monday, September 4, 2000. Undersigned counsel requests that all parties refrain from scheduling any activity requiring the involvement of the undersigned counsel or his clients during the above stated period of unavailability.

                              Respectfully submitted,

                              **Law Offices of Barry T. Shevlin, P.A.**
                              1111 Kane Concourse, Suite 605
                              Bay Harbor Islands, Florida 33154
                              (305) 868-0304

       By: _____
                Barry T. Shevlin, Esq.

## CERTIFICATE OF SERVICE

**THE UNDERSIGNED HEREBY CERTIFIES** that a true and correct copy of the foregoing has been furnished by U.S. Mail to: Robin Rosenbaum, Esq., Assistant United States Attorney at 500 East Broward Boulevard, Suite 700, Ft. Lauderdale, Florida 33301 on this 26 day of May 2000.

Respectfully submitted,

**Law Offices of Barry T. Shevlin, P.A.**
1111 Kane Concourse Suite 605
Bay Harbor Islands, Florida 33154
(305) 868-0304

By: _____
Barry T. Shevlin, Esq.