UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6106-CR-FERGUSON

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| CARLOS REVELO and | ) |
| MANUEL FERNANDO REVELO, | ) |
| | ) |
| Defendants. | ) |

### GOVERNMENT'S SECOND SUPPLEMENTAL RESPONSE TO THE STANDING DISCOVERY ORDER

The United States hereby files this second supplemental response to the Standing Discovery Order. The attachments to defense counsel's copy of this response are numbered 38-39. Please contact the undersigned Assistant United States Attorney if any items are missing.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
Robin S. Rosenbaum
Assistant United States Attorney
Florida Bar No. 908223
500 E. Broward Blvd.
Suite 700
Fort Lauderdale, FL 33394
Tel: (954) 356-7255 ext. 3595
Fax: (954) 356-7336

cc:   Special Agent Dean Wolpert, DEA



**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent by facsimile and inter-office mail to Marty Bidwell, Esq., Assistant Federal Public Defender, 101 N.E. 3rd Avenue, Suite 202, Fort Lauderdale, Florida 33301, and sent by facsimile and United States mail, postage prepaid, to Barry Shevlin, Esq., 1111 Kane Concourse, Suite 605, Bay Harbor Islands, Florida 33154, this 9th day of June, 2000.

Robin S. Rosenbaum
Assistant United States Attorney

U.S. Department of Justice
Drug Enforcement Administration

**REPORT OF DRUG PROPERTY COLLECTED, PURCHASED OR SEIZED**

| 1. HOW OBTAINED (Check) | | | 2a. FILE NO. | 2b. PROGRAM CODE | 3. G-DEP ID |
|---|---|---|---|---|---|
| ☐ Purchase  ☒ Seizure  ☐ Free Sample ☐ Lab. Seizure  ☐ Money Flashed  ☐ Compliance Sample (Non-Criminal) ☐ Internal Body Carry  ☐ Other (Specify) | | | GS-00-0070 | | UVH1I |

| 4a. WHERE OBTAINED (City, State/Country) | 4b. DATE OBTAINED | 5. FILE TITLE |
|---|---|---|
| Deerfield Beach, Florida | 04-19-00 | ALVAREZ, Luz |

| 6a. REFERRING AGENCY (Name) | 6b. REFERRAL | 7. DATE PREPARED | 8. GROUP NO. |
|---|---|---|---|
| | ☐ Case No. OR ☐ Seizure No. | 04-20-00 | FLDO Grp 1 |

| 9. Exhibit No. | 10. FDIN (10 characters) | 11. ALLEGED DRUGS | 12. MARKS OR LABELS (Describe fully) | APPROX. GROSS QUANTITY 13. Seized | 14. Submitted | 15. Purchase Cost |
|---|---|---|---|---|---|---|
| 3 | 2000080981 | Heroin | 70 pellets, black in color, contained in one ziplock bag | 479.3g | 479.3g | |

16. WAS ORIGINAL CONTAINER SUBMITTED SEPARATE FROM DRUG? ☒ NO (included above)  ☐ YES (If Yes, enter exhibit no. and describe original container fully)

REMARKS:
On 04-19-00, Exhibit #3 was seized by S/A Michael Bulgrin from the vehicle driven by Carlos REVELO, after REVELO attempted to sell Exhibit #3 to TFO Ed Marili who was working in an undercover capacity. S/A Michael Bulgrin seized Exhibit #3 and transported it to the FLDO where it was placed into temporary drug storage witnessed by S/A Michael Mancuso. On 04-20-00, Exhibit #3 was processed and transported to the South Eastern Laboratory.

| 17. SUBMITTED BY SPECIAL AGENT (Signature) | 18. APPROVED BY (Signature & Title) |
|---|---|
| S/A Doug McElwain | G/S Bruce Baldwin |

**LABORATORY EVIDENCE RECEIPT REPORT**

| 19. NO. PACKAGES | 20. RECEIVED FROM (Signature & Date) | 21. Print or Type NAME and TITLE |
|---|---|---|
| 1HSEE | 4/20/00 | S/A Doug McElwain |
| 22. SEAL ☐ Broken  ☒ Unbroken | 23. RECEIVED BY (Signature & Date) 4/20/2000 | 24. Print or Type NAME and TITLE |

**LABORATORY REPORT**

25. ANALYSIS SUMMARY AND REMARKS                                  112738

Exhibit 3 Contains: Heroin Hydrochloride

Gross Wt. 480.4g          Net Wt. 415.8g

| 26. Exhibit No. | 27. Lab. No. | 28. ACTIVE DRUG INGREDIENT (Established or Common Name) | CONCENTRATION | | | 32. AMT. OF PURE DRUG | 33. RESERVE |
|---|---|---|---|---|---|---|---|
| | | | 29. Strength | 30. Measure | 31. Unit | | |
| 3 | 112738 | Heroin Hydrochloride | 87 | % | | 361.7g | 414.1g |

| 34. ANALYST (Signature) | 35. TITLE | 36. DATE COMPLETED |
|---|---|---|
| Juan C. Bruna | Forensic Chemist | 6/8/2000 |
| 37. APPROVED BY (Signature & ...) William D. Beazley | 38. TITLE Laboratory Director | 39. LAB. LOCATION Miami, Fl. |

DEA Form - 7
(Sept 1995)

Previous edition dated 4/90 may be used until stock is exhausted.

1 - Prosecution

38

**U.S. Department of Justice**
**Drug Enforcement Administration**

## REPORT OF DRUG PROPERTY COLLECTED, PURCHASED OR SEIZED

| 1. HOW OBTAINED (Check) | | | 2a. FILE NO. | 2b. PROGRAM CODE | 3. G-DEP ID |
|---|---|---|---|---|---|
| ☐ Purchase ☒ Seizure ☐ Free Sample ☐ Lab. Seizure ☐ Money Flashed ☐ Compliance Sample (Non-Criminal) ☐ Internal Body Carry ☐ Other (Specify) | | | GS-00-0070 | | UVHII |

| 4a. WHERE OBTAINED (City, State/Country) | 4b. DATE OBTAINED | 5. FILE TITLE |
|---|---|---|
| Deerfield Beach, Florida | 04-19-00 | ALVAREZ, Luz |

| 6a. REFERRING AGENCY (Name) | 6b. REFERRAL Case No. OR Seizure No. | 7. DATE PREPARED | 8. GROUP NO. |
|---|---|---|---|
| | | 04-20-00 | FLDO Grp 1 |

| 9. Exhibit No. | 10. FDIN (10 characters) | 11. ALLEGED DRUGS | 12. MARKS OR LABELS (Describe fully) | APPROX. GROSS QUANTITY 13. Seized | 14. Submitted | 15. Purchase Cost |
|---|---|---|---|---|---|---|
| 4 | 2000080981 | Heroin | 32 pellets, black in color contained in one ziplock bag | 297.4g | 297.4g | |
| 5 | 2000080981 | Heroin | 9 pellets, black in color contained in one ziplock bag | 96.2g | 96.2g | |

16. WAS ORIGINAL CONTAINER SUBMITTED SEPARATE FROM DRUG? ☒ NO (Included above) ☐ YES (if Yes, enter exhibit no. and describe original container fully)

REMARKS:
On 04-19-00, Exhibits #4 and 5, were seized by S/A Doug McElwain from Fernando REVELO after he was arrested, as he attempted to sell Exhibits 4 and 5 to TFO Ed Marill, who was working in an undercover capacity. On that same date, S/A Doug McElwain relinquished custody of Exhibits 4 and 5 to S/A Michael Bulgrin, witnessed by S/A Dean Wolpert. On that same date, S/A Bulgrin placed Exhibits 4 and 5 in the temporary drug storage at the FLDO for safekeeping, witnessed by S/A Michael Mancuso. On 04-20-00, Exhibits 4 and 5 were processed and transported to the South Eastern Laboratory.

| 17. SUBMITTED BY SPECIAL AGENT (Signature) | 18. APPROVED BY (Signature & Title) |
|---|---|
| S/A Doug McElwain | G/S Bruce Baldwin A/GS |

### LABORATORY EVIDENCE RECEIPT REPORT

| 19. NO. PACKAGES | 20. RECEIVED FROM (Signature & Date) | 21. Print or Type NAME and TITLE |
|---|---|---|
| 2 H5EE | DMc 4-20-00 | S/A Doug McElwain |
| 22. SEAL ☐ Broken ☒ Unbroken | 23. RECEIVED BY (Signature & Date) Irene Maymi 4/20/2000 | 24. Print or Type NAME and TITLE |

### LABORATORY REPORT

25 ANALYSIS SUMMARY AND REMARKS
Exhibit 4 Contains: Heroin Hydrochloride
Gross Wt. 301.2g       Net Wt. 254.4g

112739
112740

Exhibit 5 Contains: Heroin Hydrochloride
Gross Wt. 100.7g       Net Wt. 67.6g

| 26. Exhibit No. | 27. Lab. No. | 28. ACTIVE DRUG INGREDIENT (Established or Common Name) | CONCENTRATION 29. Strength | 30. Measure | 31. Unit | 32. AMT. OF PURE DRUG | 33. RESERVE |
|---|---|---|---|---|---|---|---|
| 4 | 112739 | Heroin Hydrochloride | 88 | % | | 223.9g | 251.5g |
| 5 | 112740 | Heroin Hydrochloride | 89 | % | | 60.2g | 64.1g |

| 34. ANALYST (Signature) | 35. TITLE | 36. DATE COMPLETED |
|---|---|---|
| Juan C. Bruna  6/8/2000 | Forensic Chemist | 6/8/2000 |
| 37. APPROVED BY (Signature & Date) William D. Beazley | 38. TITLE Laboratory Director | 39. LAB. LOCATION Miami, Fl. |