UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
                    Plaintiff,

            Vs.                                     Case No. 00–6106-CR-FERGUSON

CARLOS REVELLO
MANUEL REVELLO,
                    Defendants.
_____/

FILED by _____ D.C.

JUN 16 2000

## ORDER GRANTING MOTION TO CONTINUE TRIAL

THIS CAUSE is before the Court on the above-mentioned motion filed , by defendants, on June
12, 2000. The Court having considered the motion and advise of the government that it does not
oppose such a motion. Therefore, it is

**ORDERED AND ADJUDGED** that the motion is **GRANTED**.

The trial is continued to the two-week period commencing **July 3, 2000, and Calendar Call is**
**scheduled for 3:15 p.m. on Monday , June 26, 2000**, before the Honorable Wilkie D. Ferguson, Jr ,
United States District Judge, in Courtroom 207A, 2nd Floor, Federal Courthouse, 299 East Broward
Boulevard, Fort Lauderdale, Florida.

The Court finds that the interest of justice served by granting a continuance to allow counsel for the
defendant reasonable time necessary for effective preparation for trial outweighs any interest of the
public or the defendant in a speedy trial. The Court finds the period of delay from (6/12/00 to 7/03/00)
excludable in calculating the period within which trial must commence under the Speedy Trial Act. See,
18 U.S.C. Section 3161 (h)(B)(iv).

**DONE AND ORDERED** at Fort Lauderdale. Florida this _____ day of June 2000.

_____
WILKIE D. FERGUSON, JR.
UNITED STATES DISTRICT JUDGE

Robin Rosenbaum, AUSA,  Martin Bidwell, AFPD,  Barry Shevlin, Esq.,