UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO.: 00-6106-CR-FERGUSON

Plaintiff,

v.

MANUEL REVELO,

Defendant.
_____/

### STATEMENT OF ACCEPTANCE OF RESPONSIBILITY OF THE DEFENDANT MANUEL REVELO AND STATEMENT OF MANUEL REVELO IN SUPPORT OF HIS APPLICATION FOR THE SAFETY VALVE REDUCTION

I, MANUEL REVELO, hereby acknowledge and accept responsibility for my actions and involvement in Case No.:00-6106-CR-FERGUSON and state the following in full acceptance of responsibility for this case and in qualification for the award of safety valve in the above referenced case:

I, MANUEL REVELO, assisted my brother in the sale of heroin in Broward County, Florida. I have been fully debriefed by the U.S. Attorney's Office in regards to these matters and I fully acknowledge and accept responsibility for all of my actions in this matter. My involvement in the instant case included assisting my brother in cleaning the packages of heroin once received and bringing the heroin with me on my person to assist my brother to deliver same to a buyer. I was arrested on April 19, 2000 when I, along with my brother Carlos Revelo, left our home and drove to a meeting place to sell the heroin. When I arrived at the meeting place, an undercover agent gave the signal and the agents moved in to arrest me and my brother. Upon my arrest, the law enforcement officers discovered thirty-two pellets of heroin in my right sock and nine pellets of heroin in my right pants pocket. I am guilty of the charges as outlined in the indictment and I have acknowledged same before this Honorable Court when I entered my guilty plea in this matter. I accept full responsibility for my actions in this case. I ask that you accept this statement in compliance with my acceptance of responsibility requirements and I ask that you award me the safety valve adjustment in my case pending before this Honorable Court.

I again am sorry for my actions and any inconvenience caused by same.

Dated this __16th__ day of August 2000.

BARRY T. SHEVLIN
For MANUEL REVELO

NON-COMPLIANCE OF S.D. fla. L.R. 5.1.B

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished via U.S. Mail to: Robin S. Rosenbaum, Esq., AUSA, United States Attorney's Office, 500 East Broward, Blvd., 7th Floor, Fort Lauderdale, Florida 33394 and via U.S. Mail and facsimile (305) 523-5496 to: Sara M. Garcia, U.S. Probation Officer, 300 NE 1st Ave., Room 315, Miami, Florida on this __16th__ day of August, 2000.

> **Law Offices of Barry T. Shevlin, P.A.**
> 1111 Kane Concourse, Suite 605
> Bay Harbor Islands, Florida 33154
> (305) 868-0304
>
> By: _/s/ Barry T. Shevlin_
> Barry T. Shevlin, Esq.