UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO.: 00-6106-CR-FERGUSON

Plaintiff,

v.

MANUEL REVELO,

Defendant.
_____/

## OBJECTIONS TO PRE-SENTENCE INVESTIGATION REPORT

**COMES NOW,** the Defendant MANUEL REVELO, by and through his undersigned counsel, and hereby files these his Objections to the Government's Pre-sentence Investigation Report and alleges as follows:

1. The Defendant MANUEL REVELO hereby objects to Paragraph 15 of the Pre-sentence Investigation Report indicating his role in the offense and the Defendant alleges that he is entitled to a minor role in this offense, thereby decreasing his guideline by two (2) levels, based upon the fact that he became involved in this offense upon entering the United States in the middle of April 2000, a few days before his arrest in this matter. All conduct, transactions and negotiations herein were done by Carlos Revelo and all meetings were conducted by Carlos Revelo, up until the time of Defendant's arrest. Manuel Revelo was a minor participant in this transaction at best and played a minimal role in same. There is no question that Manuel Revelo is far less culpable in this offense than his brother.

2. The Defendant MANUEL REVELO hereby objects to Paragraph 18 of the Pre-sentence Investigation Report and affirmatively states that his Statement of Acceptance of Responsibility and the Statement in Support of his Application for the

NON-COMPLIANCE OF S.D. Fla. L.R. 5.1B

Safety Valve Reduction has been served upon the U.S. Probation officer and the prosecutor in this matter.

3. The Defendant MANUEL REVELO hereby objects to Paragraph 20 of the Pre-sentence Investigation Report in that it fails to provide the Defendant with the appropriate adjustment pursuant to 5C1.2, acknowledging the Defendant's qualification for the safety valve in this matter. The Defendant's guidelines should be reduced by two levels as a result of this item.

4. The Defendant MANUEL REVELO hereby objects to Paragraph 22 of the Pre-sentence Investigation Report in that it fails to provide the Defendant with a downward adjustment for his minor role in this offense. While the Defendant's involvement in this case can at best be described as minimal, he should at least be afforded a classification of minor role in this offense, thereby reducing his guideline by two levels.

5. The Defendant MANUEL REVELO hereby objects to Paragraph 24 of the Pre-sentence Investigation Report in that it is based upon a total offense level of 30 when in fact the correct adjusted offense level should be 26.

6. The Defendant MANUEL REVELO hereby objects to Paragraph 26 of the Pre-sentence Investigation Report in that it fails to give the Defendant credit for his timely acceptance of responsibility in this matter. The Defendant is entitled to a three level reduction in his guideline range for his timely acceptance of responsibility in this case.

7. The Defendant MANUEL REVELO hereby objects to Paragraph 27 of the

Pre-sentence Investigation Report in that it lists a total offense level of 30 when the correct offense level in this matter is level 23.

8. The Defendant MANUEL REVELO hereby objects to Paragraph 68 of the Pre-sentence Investigation Report in that it indicates that the Defendant has an offense level of 30 and a guideline imprisonment range of 97-121 months. The correct offense level is 23 and the Defendant's correct guideline range is 46-57 months.

Respectfully submitted,

**Law Offices of Barry T. Shevlin, P.A.**
1111 Kane Concourse, Suite 605
Bay Harbor Islands, Florida 33154
(305) 868-0304

By: _____
Barry T. Shevlin, Esq.
Florida Bar No.: 511587

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Objections to the Pre-sentence Investigation Report has been furnished via U.S. Mail to: Robin S. Rosenbaum, Esq., AUSA, United States Attorney's Office, 500 East Broward, Blvd., 7th Floor, Fort Lauderdale, Florida 33394 and via U.S. Mail and facsimile (305) 523-5496 to: Sara M. Garcia, U.S. Probation Officer, 300 NE 1st Ave., Room 315, Miami, Florida on this __16__ day of August, 2000.

**Law Offices of Barry T. Shevlin, P.A.**
1111 Kane Concourse, Suite 605
Bay Harbor Islands, Florida 33154
(305) 868-0304

By: _____
Barry T. Shevlin, Esq.