SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.
SEP 11 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE # 00-6106-

DEFENDANT Manuel Revelo          JUDGE    WILKIE D. FERGUSON

Deputy Clerk  TROY T. WALKER          DATE September 8, 2000

Court Reporter ~~Paul Haferling~~ King Botting          USPO _____

AUSA Peter Prashaun          Deft's Counsel Larry Martin, Esq

COUNTS DISMISSED ___ All Others
_____ Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited.

_____ Sentencing cont'd until __/__/__ at _____ AM / PM

### JUDGMENT AND SENTENCE

| | Years | Months | Counts |
|---|---|---|---|
| Imprisonment | | 46 | one |
| | | | |
| | | | |
| Supervised Release | 3 yrs | | |
| Probation | Years | Months | Counts |
| | | | |
| | | | |

Comments _____

Assessment $ 100.00          Fine $ N/A

Restitution /Other _____
### CUSTODY
✓ Remanded to the Custody of the U. S. Marshal Service _____ Release on bond pending appeal

_____ Voluntary Surrender to (designated institution or U. S. Marshal Service) on __/__/__

Commitment Recommendation: That the defendant be incarcerated within the facility where Revelo can be close to South Florida as possible.

50