# United States District Court

## Southern District of Florida

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For Offenses Committed On or After November 1, 1987) |
| MANUEL REVELO, (J) 55277-004 | Case Number: 0:00CR06106-002 |
| | Robin Rosenbaum, AUSA / Barry Shevlin, Esq |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒ pleaded guilty to count(s) **One of the Indictment**

☐ pleaded nolo contendere to count(s) _____ which was accepted by the court.

☐ was found guilty on count(s) _____ after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21 U.S.C. § 841 (a)(1) | PWID Heroin | 04/19/2000 | One |

The defendant is sentenced as provided in pages 2 through __6__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☒ The defendant has been found not guilty on count(s) **N/A**

☒ Count(s) **N/A** (is)(are) dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.: 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
Defendant's Date of Birth: 07/15/1968
Defendant's USM No.: 55277-004
Defendant's Residence Address:

**FEC - MIAMI**

Miami          FL     33128

Defendant's Mailing Address:

**FEC - MIAMI**

Miami          FL     33128

09/08/2000
Date of Imposition of Judgment

Signature of Judicial Officer

**WILKIE D. FERGUSON, JR.,**
**UNITED STATES DISTRICT COURT**
Name & Title of Judicial Officer

9/13/00
Date

DEFENDANT:     **MANUEL REVELO, (J) 55277-004**
CASE NUMBER:   0:00CR06106-002

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of __46 month(s)__.

☒ The court makes the following recommendations to the Bureau of Prisons:

**That the defendant is incarcerted with his brother Carlos Revelo and as close to South Florida as possible.**

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ a.m./p.m. on _____.
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____.
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

**RETURN**

*Troy D. Walker*
*9/13/00*

I have executed this judgment as follows:

Defendant delivered on __October 12, 2000__ to __FDC-Miami__ at __33 N.E. 4th St. Miami, Fl__ with a certified copy of this judgment.

*Monica S. Wetzel, Warden*
~~UNITED STATES MARSHAL~~

By *A Clark, CEE*
~~Deputy U.S. Marshal~~